IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00398-PSF

UNITED STATES OF AMERICA,

   Plaintiff,

v.

FRANCISCO DOMINGUEZ-TREVIZO,

   Defendant.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **November 27, 2006** and responses to these motions shall be filed by **December 6, 2006**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, January 5, 2007 at 1:30 p.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a two-day jury trial is set for **Tuesday, January 16, 2007, at 1:30 p.m.**

   DATED:  November 13, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge