IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00398-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO DOMINGUEZ-TREVIZO,

    Defendant.

## ORDER GOVERNMENT RESPONSE AND SETTING MOTION HEARING

This matter is before the Court on defendant's Motion to Suppress Statements (Dkt. # 14).  The Government is directed to file a written response to this motion by Wednesday, November 29, 2006.  Any reply by Defendant Dominguez-Trevizo is due by Monday, December 4, 2006.  It is further

ORDERED that this motion will be addressed at a hearing which is hereby SET for **Thursday, December 7, 2006 at 9:30 a.m.**

    DATED:  November 22, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge