IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00398-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

FRANCISCO DOMINGUEZ-TREVIZO,

     Defendant.

**ORDER VACATING HEARING AND TRIAL DATES AND
SETTING CHANGE OF PLEA HEARING**

In response to the Notice of Disposition (Dkt. # 18) filed in the above matter, the following settings are hereby VACATED:

1)    Motion hearing, set for December 7, 2006 at 9:30 a.m.;
2)    Final trial preparation hearing, set for January 5, 2007 at 1:30 p.m.; and
3)    Two-day jury trial, set to commence January 16, 2007 at 1:30 p.m.

IT IS FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than December 8, 2006</u> to set this matter for a Change of Plea Hearing.

DATED:  November 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge