IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

CASE NO.  06-cr-00398-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO DOMINGUEZ-TREVIZO,

    Defendant.

---

**ORDER REGARDING DETERMINATION OF COMPETENCY**

---

This matter comes before the Court on Defendant's Motion Under 18 U.S.C. § 4241 for Determination of Competency and Psychiatric Evaluation (Dkt. # 22).  The Court being duly informed hereby enters the following ORDER:

1.  The United States Marshal shall forthwith transport Defendant Dominguez-Trevizo to a federal medical center for the purpose of conducting a competency evaluation pursuant to 18 U.S.C. § 4241.

2.  No later than 30 days from the date of the defendant's commitment to a federal medical center, the United States Bureau of Prisons shall provide a written competency evaluation to the Court, or shall apply for an extension of time pursuant to 18 U.S.C. § 4247(b) and (c).

IT IS FURTHER ORDERED that a status conference is SET for **Monday, March 12, 2007 at 10:00 a.m.**  The defendant is not required to attend this status conference.

DATED:  February 5, 2007        BY THE COURT:

                                         *s/ Phillip S. Figa*

                                         _____
                                         Phillip S. Figa
                                         United States District Judge