UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00398-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO DOMINGUEZ-TREVIZO,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This case has been transferred to Judge Wiley Y. Daniel. Accordingly, the status conference currently scheduled for April 27, 2007, is **VACATED and RESET to Wednesday, May 9, 2007, at 2:30 p.m. in courtroom A1002.**

    Dated: March 22, 2007